IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SILVES HUBBARD,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of SSA<br><br>        Defendant. | Civil Action No. 3:22-CV-0286-K |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Petition and Brief for Award of Attorney Fees and Court Costs Under the Equal Access to Justice Act, Doc. 22, be GRANTED in the amount of $4,338.02. Accordingly, the award of attorney's fees should be made payable directly to Plaintiff but sent in care of her attorney. Jackson v. Astrue, 705 F.3d 527, 531 n.11 (5th Cir. 2013).

    **SO ORDERED**.

Signed January 30th, 2023.

                                                */s/ Ed Kinkeade*
                                               ED KINKEADE
                                               UNITED STATES DISTRICT JUDGE