IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SILVES H., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    No. 3:22-CV-0286-K |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion, Doc. 22, is GRANTED. Plaintiff's Petition to Obtain Approval of a Fee for Representing a Social Security Claimant, Doc. 26, should be GRANTED, and counsel should be awarded attorneys' fees in the amount of $17,500.00.

SO ORDERED.

Signed January 4th, 2024.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE